M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
DAVID ALBERTI (SBN 220265)
dalberti@feinday.com
**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel: 650.618.4360
Fax: 650.618.4368

Hao Ni (*pro hac vice* forthcoming)
*hni@nilawfirm.com*
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

*Attorneys for Plaintiff*
Hypermedia Navigation LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **HYPERMEDIA NAVIGATION LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORPORATION,** <br><br> Defendant. | Case No. 4:18-CV-00670-HSG <br><br> **ORDER GRANTING LEAVE TO PLAINTIFF TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

# **ORDER**

Pursuant to Fed. R. Civ. P. 15, Hypermedia Navigation LLC ("Plaintiff") by and through its attorneys, moved for an order granting it leave to file a second amended and supplemental complaint. Defendant Microsoft Corporation was unopposed to the motion. After consideration of Plaintiff's motion, it is hereby GRANTED, and it is ORDERED that counsel for Plaintiff shall immediately e-file its second amended and supplemental complaint attached to its unopposed motion as Exhibit 1.

**IT IS SO ORDERED.**

DATED: March 16, 2018

Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE