Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

HYPERMEDIA NAVIGATION LLC,        )
                                  )   Case No: 4:18-CV-00670-HSG
                      Plaintiff(s), )
                                  )   **APPLICATION FOR**
        v.                        )   **ADMISSION OF ATTORNEY**
                                  )   **PRO HAC VICE**
MICROSOFT CORPORATION             )   (CIVIL LOCAL RULE 11-3)
                                  )
                      Defendant(s). )
_____   )

I, Ricardo J. Bonilla                , an active member in good standing of the bar of
State of Texas              , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Microsoft Corporation              in the
above-entitled action. My local co-counsel in this case is Jonathan J. Lamberson              , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1717 Main Street, Suite 5000<br>Dallas, Texas 75201 | 500 Arguello Street, Suite 500<br>Redwood City, CA 94063 |
| MY TELEPHONE # OF RECORD:<br>(214) 292-4012 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 839-5070 |
| MY EMAIL ADDRESS OF RECORD:<br>rbonilla@fr.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>lamberson@fr.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 24082704        .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  04/09/18                          Ricardo J. Bonilla
                                    _____
                                               APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ricardo J. Bonilla        is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:  4/11/2018                    Haywood S. Gill, Jr.
                                    _____
                                    UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Ricardo Joel Bonilla**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 2012.

I further certify that the records of this office show that, as of this date

**Ricardo Joel Bonilla**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 19th day of March, 2018.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 7976C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.