M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220265)
dalberti@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
FEINBERG DAY ALBERTI LIM &
BELLOLI LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel: 650.618.4360
Fax: 650.618.4368

Hao Ni (pro hac vice)
*hni@nilawfirm.com*
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

*Attorneys for Plaintiff*
*Hypermedia Navigation LLC*

Jonathan J. Lamberson (SBN 239107)
lamberson@fr.com
Meghana RaoRane (SBN 253531)
Raorane@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Indranil Mukerji (MA SBN 644059)
Mukerji@fr.com
**FISH & RICHARDSON P.C.**
901-15th Street NW, Suite 700
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Ricardo Bonilla (TX SBN 24082704)
rbonilla@fr.com
**FISH & RICHARDSON P.C**.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

*Attorneys for Defendant*
*Microsoft Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **HYPERMEDIA NAVIGATION LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MICROSOFT CORPORATION,**<br><br>Defendant. | Case No. 4:18-CV-00670-HSG<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Date: June 28, 2018<br>Time: 2:00 p.m.<br>Ctrm: 2, 4th Fl.<br>Ronald Dellums Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 |

Before the Court is Plaintiff Hypermedia Navigation LLC's and Defendant Microsoft Corporation's ("the Parties") Stipulation to Extend the Briefing Schedule for Defendant's Motion to Dismiss ("Stipulation").

The Court having reviewed the Parties' Stipulation, the Court rules as follows: The briefing schedule is hereby extended. Plaintiff's response to Defendant's Motion to Dismiss (Docket 48) is due on April 17, 2018. Defendant's reply in support of Defendant's Motion to Dismiss is due on May 1, 2018.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/11/2018

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE