| | |
|---|---|
| M. ELIZABETH DAY (SBN 177125)<br>eday@feinday.com<br>DAVID ALBERTI (SBN 220265)<br>dalberti@feinday.com<br>MARC BELLOLI (SBN 244290)<br>mbelloli@feinday.com<br>**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**<br>1600 El Camino Real, Suite 280<br>Menlo Park, CA 94025<br>Tel: 650.618.4360<br>Fax: 650.618.4368<br><br>Hao Ni (pro hac vice)<br>*hni@nilawfirm.com*<br>NI, WANG & MASSAND, PLLC<br>8140 Walnut Hill Lane, Suite 500<br>Dallas, TX 75231<br>Telephone: (972) 331-4600<br>Facsimile: (972) 314-0900<br><br>*Attorneys for Plaintiff*<br>*Hypermedia Navigation LLC* | Jonathan J. Lamberson (SBN 239107)<br>lamberson@fr.com<br>Meghana RaoRane (SBN 253531)<br>Raorane@fr.com<br>**FISH & RICHARDSON P.C.**<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Indranil Mukerji (MA SBN 644059)<br>Mukerji@fr.com<br>**FISH & RICHARDSON P.C.**<br>901-15th Street NW, Suite 700<br>Washington, D.C. 20005<br>Telephone: (202) 783-5070<br>Facsimile: (202) 783-2331<br><br>Ricardo Bonilla (TX SBN 24082704)<br>rbonilla@fr.com<br>**FISH & RICHARDSON P.C**.<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Telephone: (214) 747-5070<br>Facsimile: (214) 747-2091<br><br>*Attorneys for Defendant*<br>*Microsoft Corporation* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **HYPERMEDIA NAVIGATION LLC,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**MICROSOFT CORPORATION,**<br><br>　　　　Defendant. | Case No. 4:18-CV-00670-HSG<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS OF INDUCED INFRINGEMENT** |

-1-

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS
OF INDUCED INFRINGEMENT CASE NO. 4:18-cv-00670-HSG

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Hypermedia Navigation LLC and Defendant Microsoft Corporation (the "Parties") by and through their attorneys, jointly moved for an order approving their stipulation of dismissal without prejudice of Plaintiff's claims of induced infringement. After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

1. All of Plaintiff's pending induced infringement claims are dismissed without prejudice, specifically Count XIII of Plaintiff's Amended Complaint.

2. Counts I through XII of direct and willful infringement in the Amended Complaint remain active in this litigation.

DATED: May 2, 2018

*/s/ Haywood S. Gilliam, Jr.*
The Honorable Haywood S. Gilliam, Jr.
United States District Judge