# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Hypermedia Navigation LLC

         Plaintiff(s)

v.

Microsoft Corporation

         Defendant(s)

CASE No C  4:18-cv-00670-HSG

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Private ADR** (*specify process and provider*)

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*

☒ other requested deadline: 9/15/2018

Date: 05/16/2018

Date: 05/16/2018

/s/ Hao Ni
Attorney for Plaintiff

/s/ Jonathan Lamberson
Attorney for Defendant

---

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:  5/17/2018

U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*