UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| HYPERMEDIA NAVIGATION LLC, | Civil Action No. 4:18-cv-00670-HSG |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal of Action, filed on September 17, 2018, IT IS HEREBY ORDERED that:

1. All claims brought in this lawsuit by Hypermedia against Microsoft shall be dismissed with prejudice; and

2. All defenses brought in this lawsuit by Microsoft against Hypermedia shall be dismissed without prejudice.

Each party shall bear its own costs, expenses and attorney's fees in this lawsuit.

Dated: September 18, 2018

Hon. Haywood S. Gilliam, Jr.
United States District Court

51094337.doc